**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-96-1 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| KATHLEEN RAMOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**OPINION AND ORDER**

While on supervised release, Kathleen Ramos seeks permission to use medical marijuana to help manage her chronic pain. In support of her motion, she provides a letter from a physician who appears to specialize in prescribing medical marijuana. Ms. Ramos represents that she has several serious medical diagnoses that cause her considerable pain, and the Court accepts those representations as true. Even so, before the Court authorizes the use of medical marijuana, Ms. Ramos should obtain a second opinion or provide a report or other medical opinion from a provider who does not have a vested interest in the marijuana industry. When she does so, the Court will reconsider the issue. For these reasons, the Court **DENIES WITHOUT PREJUDICE** the request of Ms. Ramos for permission to use medical marijuana.

**SO ORDERED.**

Dated: August 27, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio